Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TENLEY HARDIN,** Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br><br>vs.<br><br>**GATEWAY MERCHANT CAPITAL, LLC; MERCHANT FUNDING GROUP, LLC;** DOES 1-100 and each of them,<br><br>Defendant. | Case No. 2:16-cv-00520-CAS-E<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 15th day of November, 2016
By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Filed electronically on this 15th day of November, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Christina A. Snyder
United States District Court
Central District of California

And sent via mail to:

Merchant Funding Group, LLC
3030 Rocky Point Dr., Ste 150A
Tampa, FL 33657

Gateway Merchant Capital LLC
c/o Todd Fisch
8211 W. Broward Blvd., Ste 400
Plantation, FL 33324

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN